UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

 v.

JOSE LUIS BUENROSTRO,

        Movant.
_____/

NO. CR-S-95-0504 WBS

ORDER

----oo0oo----

Movant, JOSE LUIS BUENROSTRO, has filed a Motion for Relief from Judgment in Prior 28 U.S.C. § 2255 Proceeding Pursuant to Federal Rule of Civil Procedure 60(b).

The United States Attorney shall file a response to the Motion on or before January 25, 2008. Defendant shall file his reply, if any, on or before February 8, 2008. The matter will then be taken under submission.

IT IS SO ORDERED.

DATED: December 18, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE