McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE LUIS BUENROSTRO, ) <br> ) <br> Defendant. ) <br> ) | CR. S-95-0504 WBS <br><br> GOVERNMENT'S REQUEST FOR AN <br> EXTENSION OF TIME TO FILE |

On December 12, 2007, the defendant, Jose Luis Buenrostro, filed a motion under Federal Rule of Civil Procedure 60(b) to correct his sentence. On December 18, 2007, the Court ordered the government to answer the defendant's motion on or before January 25, 2008. On January 16, 2008, AUSA Matthew Segal filed a request for a filing extension of sixty (60) days. On January 23, 2008, the Court granted the extension and ordered the government to file its response by March 25, 2008.

Pursuant to Local Rule 6-114(d), the government, through its undersigned attorney, requests an additional extension of thirty (30) days to April 24, 2008, to file its answer to the defendant's motion. The basis for the requested extension is set

1

1 | forth in the attached declaration.
2 |
3 | Dated: March 10, 2008                    Respectfully Submitted,
4 |                                          McGREGOR W. SCOTT
  |                                          United States Attorney
5 |
6 |                                          By:/s/ Michael M. Beckwith
  |                                             MICHAEL M. BECKWITH
7 |                                             Assistant U.S. Attorney
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

**DECLARATION**

I, MICHAEL M. BECKWITH, declare as follows:

1. I am an Assistant United States Attorney for the Eastern District of California and I am familiar with the facts described below.

2. The government must answer or move to dismiss the defendant's pending motion on or before March 25, 2008.

3. I have reviewed the defendant's motion, his associated filings, the parties' correspondence, and the recent record in this case. Based on my initial review, it appears that this § 2255 motion (styled as a Rule 60(b) motion) may be more involved and time-consuming than most: the defendant and his former defense attorney, Carlos M. Alcala, have both filed declarations claiming that Mr. Alcala never told the defendant about a particular plea offer made by the government. The government will need additional time to obtain and review the 1995 case file and to become familiar with the relevant facts.

4. Additionally, in order to properly address the defendant's motion, I believe the government will need to contact and interview Elena J. Duarte, the former Assistant United States Attorney who prosecuted the case in 1995. Ms. Duarte is now sitting as a Superior Court Judge in Los Angeles County.

5. During the months of February and March the press of business has been unusually strong. I worked as the lead attorney on three separate wiretap investigations, two of which are on going. On March 24, 2008, I will begin an unrelated trial in case number 07-015 MCE (United States v. Jenkins). I am currently preparing for that trial. I am also preparing for an

3

involved evidentiary hearing in case number 06-358 FCD (<u>United States v. Sanderson</u>) scheduled for March 19, 2008, which is unrelated to any of the matters previously mentioned.

6.   While I have been able to start working on the government's response to the defendant's motion, I doubt I will be prepared to file an appropriate response by March 25, 2008.

7.   The defendant is currently in the custody of the Bureau of Prisons serving a life sentence, which was entered on January 9, 1997, by this Court.

8.   For the reasons stated above, the government asks the Court for an extension of thirty (30) days to April 24, 2008, to file its answer or motion to dismiss.  This will allow time to receive and consider the relevant documents, interview Ms. Duarte, review the law governing this case, and to draft an appropriate response.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of March, 2008.

/s/ Michael M. Beckwith
Michael M. Beckwith
Assistant U.S. Attorney

**<u>ORDER</u>**

The court has considered this request for an additional thirty day extension of time to respond to defendant's motion, along with plaintiff's opposition to the request.  While counsel for plaintiff points to some facts which, if true, tend to support her opposition to the request, she has not shown

4

1 prejudice to the plaintiff sufficient to outweigh the benefit to
2 the court of considering the position of the government as well
3 as the plaintiff.  Accordingly, the court grants the government's
4 request of an additional thirty day extension, with the
5 understanding that no further extensions will be requested.
6 **IT IS SO ORDERED**
7 Date:   March 12, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE