SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Movant
JOSE LUIS BUENROSTRO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | D.C. No. CR S-95-504-WBS |
| | ) | |
| Respondent, | ) | UNOPPOSED MOTION TO |
| | ) | CONTINUE HEARING ON |
| vs. | ) | GOVERNMENT'S MOTION TO |
| | ) | DISMISS RULE 60(b) MOTION |
| | ) | AND ORDER |
| JOSE LUIS BUENROSTRO, | ) | |
| | ) | Date: April 28, 2008 |
| Movant. | ) | Time: 8:30 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

On March 14, 2008, the government filed a motion to dismiss Mr. Buenrostro's motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). Unfortunately, counsel for the government set the hearing without checking the availability of Mr. Buenrostro's counsel on April 14, 2008, a morning when the undersigned is already committed to appear before the Ninth Circuit for oral argument. AUSA Matthew Jacobs has advised the undersigned that he does not object to an order continuing the hearing to Monday, April 28, 2008 at 8:30 a.m. Mr. Buenrostro remains incarcerated, serving a life sentence.

/ / / /

/ / / /

/ / / /

1

Therefore, Mr. Buenrostro moves this Court to continue the hearing on the government's motion to dismiss to Monday, April 28, 2008 at 8:30 a.m.

Respectfully submitted,

DATED: March 21, 2008

/S/   Suzanne A. Luban
SUZANNE A. LUBAN
Counsel for Mr. Buenrostro

ORDER

IT IS SO ORDERED.

Dated:  March 27, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE