UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>     v.<br><br>JOSE LUIS BUENROSTRO,<br>     Defendant. | NO. CR. S-95-0504 WBS PAN<br><br>ORDER ISSUING A CERTIFICATE OF APPEALABILITY, AUTHORIZING APPEAL IN FORMA PAUPERIS, AND DENYING MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL |

----oo0oo----

Defendant Jose Luis Buenrostro seeks to appeal in forma pauperis from this court's order of April 30, 3008, granting the government's motion to dismiss his Rule 60(b) motion. Before defendant can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C.

1

§ 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).

Petitioner has made a sufficient showing to justify issuance of a certificate of appealability on the issues of (1) whether his Rule 60(b) motion should have been treated as a successive petition under 18 U.S.C. § 2255, and (b) whether extraordinary circumstances prevented him from taking timely action to correct the judgment.  See Hamilton v. Newland, 374 F.3d 822, 825 (9th Cir. 2004).

IT IS THEREFORE ORDERED that (1) a certificate of appealability is hereby issued; (2) defendant's motion to proceed with his appeal in forma pauperis is hereby granted; (3) defendant's motion for appointment of counsel on appeal is denied, without prejudice to its being renewed in the Court of Appeals.

DATED:  May 9, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE