**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

JOSE LUIS BUENROSTRO
Petitioner,

Case No. 95-504 WBS
[Leave blank for court to fill in]

V.

UNITED STATES OF AMERICA
Respondents.

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

I, Jose Luis Buenrostro, declare that I am the (**check appropriate box**)

☐ Petitioner/Plaintiff  ☒ Movant (filing 28 U.S.C.§ motion)
☐ Respondent/Defendant  ☒ Fed. R. Civ. P. 60(b)

In the above-entitled proceeding: that, in support of my request to proceed without being required to prepay fees, cost or give security therefore, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefore; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?  ☐Yes ☒No
   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary).
   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self employment?  ☐ Yes ☒ No
   b. Rent payments, interest or dividends?  ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments?  ☐ Yes ☒ No
   d. Gifts or inheritances?  ☐ Yes ☒ No

37. Legal

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking and savings accounts? (Include any funds in prison accounts). If the answer is "yes", state the total value of the items owned. ☐ Yes ☒ No

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing)?   ☐ Yes ☒ No

If the answer is "yes", describe the property and state approximate value.

5. List the persons who are dependent upon your support, state your relation ship to those persons, and indicate how much you contribute toward their support.   None   None

I declare under penalty of perjury that the foregoing is true and correct.
Executed on May 31, 2013
(Date)                                   (Signature of Applicant)

### CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 2107.94 on his account to his credit at the FCI Mendota
Institution where he is currently confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:

I further certify that during the last six months the applicant's balance was $ 2,296.00

R. Pribyl, Case Manager
Authorized by the Act of
July 7, 1955, as Amended, to
Administer Oaths (18 USC 4004)

Institution

Authorized Officer of
FCI Mendota

### ORDER OF COURT

_____ The application is hereby denied    X   The application is hereby granted. Let the Applicant proceed without prepayment of cost Or fees or the necessity of giving security
therefor.

United States Judge or U.S. Magistrate Judge    Date

                                6/17/2013
United States Judge or U.S. Magistrate Judge    Date

InmateStatementCombined
Page 1 of 2
Case 2:95-cr-00504-WBS-AC   Document 379   Filed 06/18/13   Page 3 of 4
Case 2:95-cr-00504-WBS-PAN   Document 377   Filed 06/06/13   Page 3 of 4

# Inmate Statement

| | |
|---|---|
| **Inmate Reg #:** 08589097 | **Current Institution:** Mendota FCI |
| **Inmate Name:** BUENROSTRO, JOSE | **Housing Unit:** MEN-C-A |
| **Report Date:** 05/30/2013 | **Living Quarters:** C01-204L |
| **Report Time:** 12:09:45 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MEN | 5/27/2013 7:18:41 PM | 1307 | | | BP 199 Request - Released | | $6.00 | -------- |
| MEN | 5/27/2013 7:18:30 PM | 1302 | | | BP 199 Request - Released | | $6.00 | -------- |
| MEN | 5/23/2013 4:35:17 PM | 1310 | | | BP 199 Request | | ($6.00) | -------- |
| MEN | 5/23/2013 10:53:41 AM | 1307 | | | BP 199 Request | | ($6.00) | -------- |
| MEN | 5/22/2013 12:42:38 PM | 37 | | | Sales | ($17.85) | | $2,107.94 |
| MEN | 5/22/2013 7:06:36 AM | 1302 | | | BP 199 Request | | ($6.00) | -------- |
| MEN | 5/19/2013 6:56:40 AM | TL0519 | | | TRUL Withdrawal | ($5.00) | | $2,125.79 |
| MEN | 5/18/2013 8:10:32 AM | TFN0518 | | | Phone Withdrawal | ($20.00) | | $2,130.79 |
| MEN | 5/15/2013 12:35:11 PM | 37 | | | Sales | ($13.15) | | $2,150.79 |
| MEN | 5/10/2013 7:59:30 AM | TL0510 | | | TRUL Withdrawal | ($5.00) | | $2,163.94 |
| MEN | 5/8/2013 12:28:49 PM | 25 | | | Sales | ($21.90) | | $2,168.94 |
| MEN | 5/7/2013 10:52:25 AM | TL0507 | | | TRUL Withdrawal | ($5.00) | | $2,190.84 |
| MEN | 5/4/2013 7:54:14 PM | TL0504 | | | TRUL Withdrawal | ($5.00) | | $2,195.84 |
| MEN | 5/2/2013 10:15:20 AM | TL0502 | | | TRUL Withdrawal | ($5.00) | | $2,200.84 |
| MEN | 5/2/2013 6:20:14 AM | TFN0502 | | | Phone Withdrawal | ($20.00) | | $2,205.84 |
| MEN | 4/11/2013 2:50:02 PM | 52 | | | Sales | ($7.65) | | $2,225.84 |
| MEN | 4/4/2013 2:22:46 PM | 25 | | | Sales | ($14.05) | | $2,233.49 |
| MEN | 4/4/2013 2:01:41 PM | 21 | | | Sales | $0.00 | | $2,247.54 |
| MEN | 4/3/2013 12:40:46 PM | TL0403 | | | TRUL Withdrawal | ($10.00) | | $2,247.54 |
| MEN | 3/29/2013 9:55:31 AM | 28 | | | Sales | ($8.40) | | $2,257.54 |
| MEN | 3/1/2013 9:50:20 AM | 49 | | | Sales | ($4.60) | | $2,265.94 |
| MEN | 2/25/2013 8:51:18 AM | MIPP0213 | | | Payroll - IPP | $7.56 | | $2,270.54 |
| MEN | 2/13/2013 12:40:02 PM | 66 | | | Sales | ($6.45) | | $2,262.98 |
| MEN | 2/8/2013 2:24:02 PM | TL0208 | | | TRUL Withdrawal | ($5.00) | | $2,269.43 |
| MEN | 2/6/2013 9:53:01 AM | 14 | | | Sales | ($11.25) | | $2,274.43 |
| MEN | 2/4/2013 7:22:01 PM | TL0204 | | | TRUL Withdrawal | ($5.00) | | $2,285.68 |
| MEN | 2/1/2013 7:59:39 PM | TFN0201 | | | Phone Withdrawal | ($20.00) | | $2,290.68 |
| MEN | 1/23/2013 8:51:38 AM | 10 | | | Sales | ($15.55) | | $2,310.68 |
| MEN | 1/22/2013 5:20:43 PM | TFN0122 | | | Phone Withdrawal | ($20.00) | | $2,326.23 |
| MEN | 1/18/2013 7:14:18 PM | TL0118 | | | TRUL Withdrawal | ($5.00) | | $2,346.23 |
| MEN | 1/16/2013 12:36:08 PM | 12 | | | Sales | ($19.15) | | $2,351.23 |
| MEN | 1/12/2013 9:29:37 AM | TL0112 | | | TRUL Withdrawal | ($5.00) | | $2,370.38 |
| MEN | 1/10/2013 11:34:20 AM | TL0110 | | | TRUL Withdrawal | ($5.00) | | $2,375.38 |

InmateStatementCombined Page 2 of 2
Case 2:95-cr-00504-WBS-AC   Document 379   Filed 06/18/13   Page 4 of 4
Case 2:95-cr-00504-WBS-PAN   Document 377   Filed 06/06/13   Page 4 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| MEN | 1/9/2013 1:20:11 PM | 6 | | Sales | ($22.20) | $2,380.38 |
| MEN | 1/8/2013 9:58:55 AM | MIPP1212 | | Payroll - IPP | $6.12 | $2,402.58 |
| MEN | 1/5/2013 2:36:55 PM | TFN0105 | | Phone Withdrawal | ($25.00) | $2,396.46 |
| MEN | 1/2/2013 12:29:59 PM | 12 | | Sales | ($8.50) | $2,421.46 |
| MEN | 12/26/2012 12:27:12 PM | 14 | | Sales | ($4.90) | $2,429.96 |
| MEN | 12/23/2012 6:13:16 PM | TL1223 | | TRUL Withdrawal | ($10.00) | $2,434.86 |
| MEN | 12/23/2012 4:33:22 PM | TFN1223 | | Phone Withdrawal | ($20.00) | $2,444.86 |
| MEN | 12/19/2012 9:53:40 AM | 20 | | Sales | ($12.45) | $2,464.86 |
| MEN | 12/17/2012 7:31:37 AM | TL1217 | | TRUL Withdrawal | ($5.00) | $2,477.31 |
| MEN | 12/14/2012 7:26:50 PM | TL1214 | | TRUL Withdrawal | ($5.00) | $2,482.31 |
| MEN | 12/12/2012 12:42:11 PM | 40 | | Sales | ($13.60) | $2,487.31 |
| MEN | 12/6/2012 1:33:47 PM | MIPP1112 | | Payroll - IPP | $7.92 | $2,500.91 |
| MEN | 12/6/2012 8:16:47 AM | TL1206 | | TRUL Withdrawal | ($10.00) | $2,492.99 |
| MEN | 12/5/2012 8:10:53 PM | TFN1205 | | Phone Withdrawal | ($20.00) | $2,502.99 |
| MEN | 12/5/2012 11:57:04 AM | 11 | | Sales | ($25.10) | $2,522.99 |
| MEN | 11/27/2012 2:14:25 PM | TL1127 | | TRUL Withdrawal | ($10.00) | $2,548.09 |
| MEN | 11/23/2012 11:04:54 AM | TL1123 | | TRUL Withdrawal | ($10.00) | $2,558.09 |

1 2

Total Transactions: 73

Totals:   ($178.60)   ($6.00)

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MEN | $2,101.94 | $0.00 | $0.00 | $0.00 | $6.00 | $0.00 | $0.00 | $2,107.94 |
| Totals: | $2,101.94 | $0.00 | $0.00 | $0.00 | $6.00 | $0.00 | $0.00 | $2,107.94 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $21.60 | $461.75 | $2,296.00 | $2,225.84 | $2,151.29 | N/A | N/A |