1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,        No. 2:95-CR-504 WBS

12                                   Court of Appeals No. 13-16380

13          Plaintiff,

14      vs.                          ORDER DENYING CERTIFICATE OF

15                                   APPEALABILITY

16  JOSE LUIS BUEN ROSTRO,

17          Defendant.

18  _____/

19

20          Defendant has filed notice of appeal from this court's

21  Order of May 23, 2013.  Appellate Commissioner Peter L. Shaw has

22  ordered the matter remanded to this court for the limited purpose

23  of granting or denying a certificate of appealability.  A

24  certificate of appealability may issue under 28 U.S.C. § 2253

25  "only if the applicant has made a substantial showing of the

26  denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

                              1

1       This court is unable to identify any issue that

2 petitioner can demonstrate is "'debatable among jurists of

3 reason,'" could be resolved differently by a different

4 court, or is "'adequate to deserve encouragement to proceed

5 further.'" See Jennings v. Woodford, 290 F.3d 1006, 1010 (9th

6 Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893

7 (1983)).  This amounts to defendant's third successive motion

8 under § 2255. See United States v. Buenrostro, 638 F.3d 720, 723

9 (9th Cir. 2011).  Defendant may not bring a successive § 2255

10 motion without first obtaining leave of the Ninth Circuit. 28

11 U.S.C. § 2255(h).  Because he has not done so,

12       IT IS HEREBY ORDERED that a certificate of

13 appealability is DENIED.  The Clerk is ordered to forward a copy

14 of this order to the Clerk of the United States Court of Appeals

15 for the Ninth Circuit forthwith.

16 DATED: August 12, 2013

17

18       WILLIAM B. SHUBB

19       UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

2