1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11

12                                   ----oo0oo----

13

14
   JOSE LUIS BUENROSTRO,                    CIV. NO.   2:16-01344 WBS
15                                          CR.  NO.   2:95-00504 WBS

16                 Petitioner,              ORDER

17        v.

18   UNITED STATES OF AMERICA,

19                 Respondent.

20

21                                   ----oo0oo----

22

23        On June 15, 2016, petitioner Jose Luis Buenrostro filed

24   a motion pursuant to 28 U.S.C. § 2255.  The United States shall

25   file an opposition to petitioner's motion no later than July 22,

26   2016.  Petitioner may then file a reply no later than August 5,

27   2016.  The court will then take the motion under submission and

28   will inform the parties if oral argument or further proceedings

                                        1

1    are necessary.

2            IT IS SO ORDERED.

3    Dated:   June 21, 2016

4                                              WILLIAM B. SHUBB
                                               UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28