UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSE LUIS BUENROSTRO,<br><br>            Defendant. | CR. NO. 2:95-00504 WBS<br><br>ORDER |

----oo0oo----

　　　　IT IS HEREBY ORDERED that petitioner's motion pursuant to 28 U.S.C. § 2255 (Docket No. 390) and the government's motion to dismiss that petition (Docket No. 395) is referred to a Magistrate Judge for all further proceedings pursuant to 28 U.S.C. § 636(b)(1)(B).  The previously set briefing schedule on

1

petitioner's motion (Docket No. 391) shall remain in effect.

    IT IS SO ORDERED.

Dated:  July 13, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE