UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:95-cr-0504 WBS AC |
|---|---|
| Respondent, | |
| v. | ORDER |
| JOSE LUIS BUENROSTRO, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has requested that the motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 and motion for stay be withdrawn. ECF No. 402.

Accordingly, IT IS HEREBY ORDERED that

1. Movant's motion to withdraw (ECF No. 402) is granted. The motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 390) and motion for stay (ECF No. 401) are withdrawn and this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2255.

2. Respondent's motion to dismiss (ECF No. 395) is denied as moot.

DATED: August 10, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE