UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:95-cr-0504 WBS |
| Plaintiff, | |
| v. | **ORDER** |
| JOSE LUIS BUENROSTRO, | |
| Defendant. | |

----oo0oo----

The government shall file its response to defendant's expedited motion for release pending review of decision (Docket No. 405) on or before August 31, 2016, and defendant shall file his reply on or before September 7, 2016.

The government's motion for an extension of time to respond to defendant's motion to reduce sentence (Docket No. 406) is GRANTED. The government's opposition shall be filed on or before August 31, 2016. The defendant's reply shall be filed on or before September 7, 2016.

On or before August 31, 2016, the government shall file

1

a brief setting forth its position on what effect the President's grant of executive clemency on August 3, 2016 should have, if any, on the pending motions.

IT IS SO ORDERED.

Dated: August 25, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2