HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:95-cr-504 WBS |
| Plaintiff, | ) **NOTICE OF NON-SUPPLEMENTATION** |
| v. | ) **OF DEFENDANT'S PRO SE MOTION;** ) **[~~PROPOSED~~] ORDER** |
| JOSE LUIS BUENROSTRO, | ) RETROACTIVE DRUGS-MINUS-TWO ) REDUCTION CASE |
| Defendant. | ) |
| | ) Judge:  Hon.  WILLIAM B. SHUBB |

Pursuant to General Order 546, the Federal Defender's Office is appointed to

represent Mr. Jose Luis Buenrostro on a motion for sentence reduction under 18 U.S.C. §

3582(c)(2) and Amendment 782.  Please take notice that the Office of the Federal

Defender will not file a supplement to the defendant's pro se motion, filed on February

26, 2015 (CR #387), and the Federal Defender's Office hereby requests withdrawal as

counsel in this matter.

Dated:  August 26, 2016

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

## **ORDER**

Pursuant to General Order No. 546 and the provisions of the Criminal Justice Act, 18 U.S.C. §§3006A(a)(1) and (c), and in accordance with the retroactive application of the United States Sentencing Commission's Amendment 782, CJA Panel Attorney, John Balazs, is hereby appointed effective, August 25, 2016 the date the Office of the Federal Defender first contacted him.  All pending dates and deadlines shall remain as set unless otherwise ordered by the Court.

Mr. Balazs is also authorized to represent and appear on behalf of this defendant on all other motions and matters pending before this court.

**Dated:  August 26, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Notice Regarding Non-supplementation

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On August 26, 2016, she caused to be served a copy of the attached NOTICE OF NON-SUPPLEMENTATION OF DEFENDANT'S PRO SE MOTION by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States mail at Sacramento, California as follows:

Jose Luis Buenrostro
Register No. 08589-097
Atwater USP
Post Office 019001
Atwater, CA  95301

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of August, 2016.

/s/ Lisa M. Kennison
Lisa M. Kennison

Notice Regarding Non-supplementation