John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
JOSE LUIS BUENROSTRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS BUENROSTRO,<br><br>Defendant. | No. 2:95-CR-0504-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE REPLY BRIEF RE MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Hon. William B. Shubb |
|---|---|

Defendant, JOSE LUIS BUENROSTRO, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the due date for defendant's reply brief to the government's opposition to defendant's motion to reduce his sentence under 18 U.S.C. §3582(c)(2) to September 30, 2016.

In an order filed August 25, 2016, the government ordered the government to file a response to defendant's expedited motion for release pending a decision by August 31, 2016, and the defense to file a reply by September 7, 2016.  On August 29, 2016, the Court granted the Federal Defender's motion to withdraw as counsel and appointed undersigned counsel to represent defendant on his motion.  On August 31, 2016, the government filed an opposition to defendant's §3582(c)(2) motion to reduce sentence.  New defense counsel needs additional time to prepare a reply brief.

Stipulation and Order Re: Sentence Reduction     1

1  Dated:  September 8, 2016            Dated:   September 8, 2016

3  PHILLIP A. TALBERT
   United States Attorney

5   /s/ *Jason Hitt*                     /s/*John Balazs*
    JASON HITT                           JOHN BALAZS
    Assistant U.S. Attorney

    Attorney for Plaintiff               Attorney for Defendant
    UNITED STATES OF AMERICA             JOSE LUIS BUENROSTRO

**ORDER**

IT IS SO ORDERED.

Dated:  September 8, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE