John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
JOSE LUIS BUENROSTRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS BUENROSTRO,<br><br>Defendant. | No. 2:95-CR-0504-01 WBS<br><br>**STIPULATION AND ORDER TO CONTINUE REPLY BRIEF RE MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Hon. William B. Shubb |

Defendant, JOSE LUIS BUENROSTRO, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the due date for defendant's reply brief to the government's opposition to defendant's motion to reduce his sentence under 18 U.S.C. §3582(c)(2) to October 14, 2016. On August 31, 2016, the government filed an opposition to defendant's §3582(c)(2) motion to reduce sentence.

///

///

///

Defense counsel was recently appointed and needs additional time to prepare and file a reply brief.

Dated: September 26, 2016      Dated: September 26, 2016

PHILLIP A. TALBERT
United States Attorney

 /s/ *Jason Hitt*                  /s/*John Balazs*
JASON HITT                        JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff            Attorney for Defendant
UNITED STATES OF AMERICA    JOSE LUIS BUENROSTRO

**ORDER**

IT IS SO ORDERED.

Dated: September 28, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE