UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:95-cr-0504-01 WBS AC |
|---|---|
| Respondent, | |
| v. | ORDER |
| JOSE LUIS BUENROSTRO, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a motion for leave to file a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, as well as the proposed motion. ECF No. 416. Movant has also filed a motion for release pending review of his § 2255 motion. ECF No. 425. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 7, 2017, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 430. Movant has filed objections to the findings and recommendations. ECF No. 431.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 7, 2017 (ECF No. 430), are adopted in full;

2. Movant's motion for release pending review of his proposed motion to vacate, set aside, or correct his sentence (ECF No. 425) is denied.

3. Movant's motion for leave to file a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 416) is denied.

4. For the reasons fully explained in the findings and recommendations of the magistrate judge, the court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  February 28, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Buen0504.804.vac