UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff/Respondent,<br><br>  v.<br><br>JOSE LUIS BUENROSTRO,<br><br>  Defendant/Movant. | No. 2:95-cr-0504 WBS AC<br><br><br><br>ORDER |

Defendant, a federal prisoner proceeding pro se, has filed a motion requesting a judicial recommendation for home confinement under the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 19, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 453. Defendant has filed objections to the findings and recommendations. ECF No. 454.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 19, 2019 (ECF No. 453), are adopted in full;

2. The Motion for Home Confinement (ECF No. 441) is DENIED without prejudice to the filing of a petition under 28 U.S.C. § 2241 in the district of confinement.

Dated: August 13, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Buen0504.805