UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JOSE LUIS BUENROSTRO,<br><br>Movant. | No. 2:95-cr-0504 WBS AC<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion for voluntary dismissal of his motion requesting a judicial recommendation to the Bureau of Prisons that he spend the last eighteen months of his sentence in a Residential Reentry Center and on home confinement. ECF No. 460.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 13, 2019 findings and recommendations (ECF No. 461) are vacated.

2. Movant's motion for voluntary dismissal (ECF No. 460) is granted, and the motion for a judicial recommendation (ECF No. 456) is dismissed.

DATED: November 15, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE