John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
JOSE LUIS BUENROSTRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS BUENROSTRO,<br><br>Defendant. | No.  2:95-CR-504-WBS<br><br>**ORDER RE APPOINTMENT FOR MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. §§ 3582(c)(1)(A)** |

Defendant Jose Luis Buenrostro, through counsel, hereby applies for an order appointing attorney John Balazs as counsel of record with respect to a motion to reduce sentence under 18 U.S.C. §§ 3582(c)(1)(A).  *See* Motion to Reduce Sentence, docket 463.  Mr. Balazs had previously represented Mr. Buenrostro in the district court and on appeal under the Criminal Justice Act.  The Office of the Federal Defender supports this appointment.

                                                Respectfully submitted,

Dated:  June 4, 2020

                             /s/ John Balazs
                             John Balazs
                             Attorney for Defendant
                             JOSE LUIS BUENROSTRO

## ORDER

**IT IS SO ORDERED.**

Dated: June 5, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE