UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:95-cr-504 WBS |
| Plaintiff, | |
| v. | ORDER |
| JOSE LUIS BUENROSTRO, | |
| Defendant. | |

----oo0oo----

Defendant Jose Luis Buenrostro has filed a motion to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A)(i). (Docket No. 463.)  The United States shall file any opposition to defendant's motion no later than June 15, 2020.  Defendant may file a reply no later than June 22, 2020.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated:  June 5, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1