JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
JOSE LUIS BUENROSTRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:95-CR-0504-WBS |
|---|---|
| Plaintiff, | **ORDER TO SEAL DOCUMENTS** |
| v. | |
| JOSE LUIS BUENROSTRO, | |
| Defendant. | |

Upon application of the defendant Jose Luis Buenrostro, through counsel, and good cause being show as set forth in defendant's notice of request to seal and request to seal at docket 464,

IT IS HEREBY ORDERED that Exhibit 4 to defendant's June 4, 2020 motion to reduce sentence shall be SEALED until ordered unsealed by the Court.

Dated:  June 5, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE