UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>JOSE LUIS BUENROSTRO,<br><br>           Defendant. | No. 2:95-cr-504-01 WBS<br><br><br>ORDER |

----oo0oo----

        Defendant Jose Luis Buenrostro has filed a motion to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A)(i). (Docket No. 463.) The court recognizes that defendant is 66 years old, has "benign essential" hypertension, and is housed at FCI Lompoc, which has had numerous inmates test positive for the coronavirus, including defendant.[1] Nevertheless, it appears that the Bureau of Prisons has been able to sufficiently treat his medical

---

[1] The government concedes that defendant has exhausted his administrative remedies with the Bureau of Prisons. (Docket No. 471 at 5.)

1

conditions -- both his hypertension and his diagnosis of COVID-19.  Overall, defendant has not shown that his age and medical condition, along with the COVID-19 pandemic, qualify as extraordinary and compelling reasons for release under 18 U.S.C. § 3582(c)(1)(A) and U.S.S.G. § 1B1.13.  See, e.g., United States v. Williams, No. 2:13-cr-383 TLN, 2020 WL 3402439, *2 (E.D. Cal. June 19, 2020) (defendant's confinement at FCI Lompoc and diagnosis of "essential (primary) hypertension)" along with other medical history and prevalence of COVID-19, was insufficient to show extraordinary circumstances under 18 U.S.C. § 3582(c)(1)(A)).

      IT IS THEREFORE ORDERED that defendant's motion to reduce sentence (Docket No. 463), be, and the same hereby is, DENIED.

Dated:  June 23, 2020

WILLIAM B. SHUBB  
UNITED STATES DISTRICT JUDGE