UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:95-cr-504-01 WBS |
| Plaintiff, | |
| v. | ORDER |
| JOSE LUIS BUENROSTRO, | |
| Defendant. | |

----oo0oo----

Defendant Jose Luis Buenrostro moved for early termination of supervised release under 18 U.S.C. § 3583(e)(1). (Docket No. 480.)  Having referred the motion to the United States Probation Officer ("USPO") for a response, and there being no objection from the USPO, Buenrostro's motion for early termination of supervised release is hereby GRANTED.

IT IS SO ORDEREDD.

Dated:  March 3, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1